PEOPLE v. ROSENFELD. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by the people, etc., against Ignatz H. Rosenfeld, Jr. John R. Fellows, for plaintiff. Mashbin & Cukor, for defendant. No opinion. Motion to vacate judgment entered on a forfeited recognizance. Application denied.

PEOPLE, Plaintiff, v. ROTH et al., Defendants. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by the people, etc., against Christian Roth and another. John R. Fellows, for the People. F. P. Hummel, for defendants. No opinion. Motion to vacate judgment entered on a forfeited recognizance. Granted.

PIKE, Appellant, v. HOUSINGER, Respondent. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by George W. Pike against Willis T. Housinger. No opinion. Judgment affirmed, with costs.

PRANGER et al. v. KUHN. (Supreme Court, General Term, Second Department. March 5, 1895.) Action by Leo Pranger and Kate Bunyan against John R. Kuhn. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

RICKERT, Respondent, v. SCOTT, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Anna Rickert against George Scott. Robert Lyon, for appellant. Robert Goeller, for respondent. No opinion. Settled.

ROE, Respondent, v. CRIMMINS, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by William Roe against Thomas E. Crimmins. Charles C. Nadal, for appellant. Edgar J. Nathan, for respondent. No opinion. Motion for reargument or for leave to appeal to court of appeals granted. See 31 N. Y. Supp. 807.

RYAN et al., Respondents, v. PISTOND, Appellant. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by James H. Ryan and another against Francesco Pistond. No opinion. Reargument ordered.

RYAN et al. v. PISTONE. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Ryan and others against Pistone. Maurice Meyer (Clarence D. Jones, of counsel), for appellant. Ralph Hickox, for respondent.

PRATT, J. The trial judge correctly laid down the law, and the verdict of the jury is sustained by the evidence. Judgment affirmed.

SAUL, Respondent, v. MEYERSOHN, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Charles Saul against Jacob Meyersohn. A. H. Sarasohn, for appellant. Steiner & Rosenthal, for respondent. No opinion. Judgment affirmed, with costs, upon argument.

SHEFFIELDS FARMS CO., Respondent, v. BURR, Appellant. (City Court of New York, General Term. March 19, 1895.) Action by the Sheffields Farms Company against William H. Burr. Herman Joseph, for appellant. William T. Carlisle, for respondent.

EHRLICH, C. J. The appeal book shows that the defendant, William H. Burr, confessed judgment, January 9, 1895, to Euphemia C. Burr, for $2,000 and costs, and that, in supplementary proceedings founded thereon, James I. Delany, Esq., was appointed receiver of the defendant's property, January 14, 1895. The plaintiff, a prior judgment creditor, instituted supplementary proceedings against the defendant, December 8, 1894; and the confession of judgment by the plaintiff to Euphemia C. Burr was evidently intended by the parties thereto to supersede any application that might be made in the plaintiff's action looking towards the appointment of a receiver, and to secure an appointment agreeable to the defendant. It does not appear that any notice of the application to appoint Delany as receiver was ever served on the plaintiff, and, its proceeding being pending at the time, this omission is a defect. For this reason, and those assigned by the court below, the order appealed from must be affirmed, with costs.

SHRADY et al., Respondents, v. METROPOLITAN EL. R. CO., Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Jacob Shrady and others against the Metropolitan Elevated Railroad Company. Davies & Rapallo, for appellant. W. G. Peckham, for respondents. No opinion. Appeal settled.

SIMM, Respondent, v. VAN CLIEF, Appellant. (City Court of New York, General Term. March 19, 1895.) Action by Solomon Simm against Jacob Van Clief. Headley M. Greene, for appellant. Johnston & Johnston, for respondent.

NEWBURGER, J. This is an appeal from a judgment entered upon the verdict of a jury rendered in favor of the plaintiff, and from the order denying the motion for a new trial. The action was brought for goods sold and delivered. The defendant denies the sale to him, but alleges that the goods were sold to his wife, and therefore the only question raised at the trial was to whom was the credit given. The case was properly submitted to the jury, and no exception taken to the charge of the trial justice. There are no exceptions that would warrant us in disturbing the verdict of the jury. Judgment and order appealed from affirmed, with costs.